Edward W. Swanson, SBN 159859
ed@smllp.law
Britt Evangelist, SBN 260457
britt@smllp.law
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for Defendant ARI J. LAUER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>ARI J. LAUER,<br><br>Defendant. | Case No. 2:23-cr-0261 DAD<br><br>**STIPULATION AND [PROPOSED] ORDER TO SET CHANGE OF PLEA HEARING FOR OCTOBER 14, 2025 AT 9:30 A.M. AND TO VACATE PRETRIAL FILING DEADLINES** |

The United States, by and through its attorneys of record, Audrey B. Hemesath and Nicholas M. Fogg, Assistant United States Attorneys, and Ari J. Lauer, through his attorneys, Edward W. Swanson and Britt Evangelist, hereby submit the following stipulation:

WHEREAS defendant Ari Lauer intends to enter a change of plea to the pending indictment; and

WHEREAS the parties and the Court are available to hold the change of plea hearing on October 14, 2025, at 9:30 a.m.; and

WHEREAS trial in this matter is set for October 21, 2025, with certain pretrial filings due on October 10, 2025, by 4:00 p.m.;

NOW THEREFORE, the parties hereby stipulate and respectfully request that the Court set a change of plea hearing for October 14, 2025 at 9:30 a.m. and vacate the pretrial filing deadlines of October 10, 2025.

Respectfully submitted,

SWANSON & McNAMARA LLP

Dated: October 8, 2025

/s/ *Edward W. Swanson*
EDWARD W. SWANSON
BRITT EVANGELIST
Counsel for ARI LAUER

ERIC GRANT
United States Attorney

/s/ *Audrey Hemesath* (authorized 10/8/2025)
AUDREY HEMESATH
NICHOLAS FOGG
Assistant United States Attorneys

/ / /

/ / /

**[PROPOSED] ORDER**

Based on the stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that a change of plea hearing shall be held on October 14, 2025 at 9:30 a.m.  IT IS FURTHER ORDERED that the pretrial filing deadlines currently set for October 10, 2025, are hereby vacated.

Dated: October __, 2025

DALE A. DROZD  
UNITED STATES DISTRICT JUDGE

3

**Stipulation and [Proposed] Order to Set Change of Plea; Vacate Pretrial Filing Deadlines**
*United States v. Lauer*, No. 2:23-cr-0261 DAD