## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>**ARI J. LAUER ,**<br><br>　　　　　　　Defendant. | CASE NO. **2:23−CR−00261−DAD**<br><br>SCHEDULE FOR DISCLOSURE OF PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court.

| | |
|---|---|
| Date of referral to Probation Officer: | **10/14/2025** |
| Judgment and sentencing date: | **1/26/2026 at 9:30 AM** |
| Reply or statement of non-opposition: | **1/20/2026** |
| Motion for correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | **1/12/2026** |
| The Pre-Sentence Report shall be filed with the Court and disclosed to counsel no later than: | **1/5/2026** |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | **12/29/2025** |
| The Proposed Pre-Sentence Report shall be disclosed to counsel no later than: | **12/15/2025** |

Dated:　　October 14, 2025　　　　　　　　　　　　　By:　　/s/ P. Buzo
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　COURTROOM CLERK